**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 30 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONALD E. BENNETT,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br> ERIC H. HOLDER Jr., Attorney General;<br> et al.,<br><br>        Defendants - Appellees. | No. 08-35334<br><br> D.C. No. 4:07-cv-00014-RJB<br><br> MEMORANDUM [*] |

Appeal from the United States District Court
for the District of Alaska
Robert J. Bryan, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Donald E. Bennett appeals pro se from the district court's order dismissing

his action alleging disability discrimination in employment by the United States

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

GT/Research

Marshals Service. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Leong v. Potter*, 347 F.3d 1117, 1121 (9th Cir. 2003), and we affirm.

The district court properly dismissed Bennett's Rehabilitation Act claim because Bennett did not timely exhaust his administrative remedies, a prerequisite to filing suit. *See id*.; *Boyd v. U.S. Postal Service*, 752 F.2d 410, 414-15 (9th Cir. 1985) (affirming dismissal of Rehabilitation Act claim for failure to exhaust, and explaining that the time period for contacting an Equal Employment Opportunity counselor "begins to run when the facts that would support a charge of discrimination would have been apparent to a similarly situated person with a reasonably prudent regard for his rights").

Because Bennett develops no argument concerning the district court's dismissal of his other claims, we do not address those determinations. *See Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1176 (9th Cir. 1996).

**AFFIRMED**.